IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:04 CV 00077

DIRECTV, INC., )
 )
    Plaintiff, )
 )
v. )
 )
HENDERSON GORDON, )
 )
    Defendant )
 )
 )
 )

FILED APR 19 2005
Clerk, U.S. District Court
Greensboro, N.C.

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On the 19 day of April, 2005, the Court considered plaintiff, DIRECTV, Inc.'s request for entry of default judgment against defendant, Henderson Gordon. After considering the request, the affidavits and other evidence on file, the Court:

FINDS the record supports entry of default judgment. Therefore the Court ORDERS the clerk to enter default judgment against defendant, Henderson Gordon, in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $265.50, and attorney fees in the sum of $198.96, amounting in all to the sum of $10,464.46 plus post-judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid; and, that the Plaintiff have execution therefore;

It is further ORDERED and ADJUDGED that Defendant, Henderson Gordon, is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, or committing or assisting in committing any violation of 18 U.S.C. §§ 2511 or 2512;

It is further ORDERED and ADJUDGED that the entry of final judgment as to all claims against Defendant Henderson Gordon is appropriate at this time pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and that there is no just reason for delay.

SIGNED on this 19 day of April, 2005.

*[signature]*
U.S. DISTRICT JUDGE
Middle District of North Carolina

2